J. Paul Sizemore
**Sizemore Taylor, LLP**
2101 Rosecrans Ave., Suite 5290
El Segundo, CA 90245
Telephone: (310) 322-8800
Fax: (310) 322-8811

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Nancy Jones v. Pfizer Inc*<br>(05-4579 CRB)<br><br>*Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.*<br>(05-4920 CRB)<br><br>*Richard Weber and Hattie Weber v. Merck & Co., Inc. and Pfizer Inc*<br>(05-4921 CRB)<br><br>*Larry Vilmer and Nancy Vilmer v. Merck & Co., Inc., Pfizer Inc*<br>(05-4926 CRB)<br><br>*Rolland Schach and Francis Schach v. Merck & Co., Inc. and Pfizer Inc*<br>(05-4927 CRB)<br><br>*Richard Rupniewski and Sharon Rupniewski v. Merck & Co., Inc. and Pfizer Inc*<br>(05-4928 CRB)<br><br>*Barbara Goddard and John Goddard v. Pfizer Inc*<br>(05-5376 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

*Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
(05-5377 CRB)

*John Ryan and Anna Ryan v. Pfizer Inc*
(05-5378 CRB)

*Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*
(05-5379 CRB)

*Mary McKinney v. Pfizer Inc*
(05-5380 CRB)

*William Banning and Kimberly Banning v. Pfizer Inc*
(05-5381 CRB)

*Garland Schnack and Eileen Schnack v. Pfizer Inc*
(06-0431 CRB)

*Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
(06-0440 CRB)

*Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
(06-0444 CRB)

*Sharon Walker v. Pfizer Inc*
(06-0449 CRB)

*Larry Redman v. Merck & Co., Inc. and Pfizer Inc*
(06-0463 CRB)

*Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*
(06-3670 CRB)

*Marsha S. Taylor, et al. v. Pfizer Inc*
(06-3813 CRB)

*Linda Rinche and Paul Rinche v. Pfizer Inc*
(06-4832 CRB)

*Jerry D. Crane and Connie M. Crane v. Pfizer Inc*
(06-6778 CRB)

*Matthew Champagne, et al. v. Pfizer Inc*
(06-7405 CRB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | *Annetta Papa v. Pfizer Inc* (06-7894 CRB) |
| 2 | |
| 3 | *Ferrell Heeter and Judy Heeter v. Pfizer Inc* (06-7895 CRB) |
| 4 | *Ronald D. Sanburg, et al. v. Pfizer Inc* (06-7896 CRB) |
| 5 | |
| 6 | *Dale D. Anderson v. Pfizer Inc and Merck & Co., Inc.* (07-0358 CRB) |
| 7 | |
| 8 | *Elizabeth Streich, et al. v. Pfizer Inc* (07-0468 CRB) |
| 9 | *Owen Stevens and Geneva Stevens, his wife v. Pfizer Inc* |
| 10 | (07-1862 CRB) |
| 11 | *Dennis Sosebee and Louise Sosebee, his wife v. Pfizer Inc* |
| 12 | (07-1865 CRB) |
| 13 | *Render Godfrey and Beverly Godfrey, his wife v. Pfizer Inc* |
| 14 | (07-1867 CRB) |

16  Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
17  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
18  stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing
19  its own attorneys' fees and costs.

21  DATED: Jan 20 2010    By: _____

22  **SIZEMORE TAYLOR, LLP**
23  2101 Rosecrans Ave., Suite 5290
    El Segundo, CA 90245
24  Telephone: (310) 322-8800
    Fax: (310) 322-8811

25  *Attorneys for Plaintiffs*

DATED: 1/28, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011

Hon. Charles R. Breyer
United States District Court